NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000519
20-FEB-2013
08:43 AM**

NO. CAAP-12-0000519

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MARY JO FRYE, Plaintiff-Appellee,
v.
JONATHAN REYES, Defendant-Appellant,
and
HEIRS OR ASSIGNS OF W.L. PULELOA(K); et al.,
Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 07-1-0455(1))

ORDER GRANTING DEFENDANT-APPELLANT'S
FEBRUARY 7, 2013 MOTION TO WITHDRAW APPEAL
(By: Nakamura, C.J., Foley and Leonard, JJ.)

Upon consideration of Defendant-Appellant Jonathan Reyes' Motion to Withdraw Appeal, filed on February 7, 2013, which this court will review as a motion to dismiss the appeal, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the motion to dismiss the appeal is granted, and the appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, February 20, 2013.

Chief Judge

Associate Judge

Associate Judge